# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ELROY GASPAR AND CANDELARIA
HERNANDEZ

VERSUS

FEDERATED RURAL ELECTRIC
INSURANCE EXCHANGE, ET AL

NO.  2025 CW 0156

**FEBRUARY 11, 2025**

---

In Re:  Federated Electric Insurance Exchange, South Louisiana
Electric Cooperative Exchange, and Justin Deroche,
applying for supervisory writs, 16th Judicial District
Court, Parish of St. Mary, No. 136982.

---

**BEFORE:  McCLENDON, LANIER, AND BALFOUR, JJ.**

**STAY DENIED. WRIT DENIED ON THE SHOWING MADE.**

> **PMc**
> **WIL**
> **KEB**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT